# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 5, 2019

No. 19-20202
Summary Calendar

Lyle W. Cayce
Clerk

NELSON ONYINYECHI,

Plaintiff - Appellant

v.

B. A. RIDINGS; J. KAISER BAUM; CITY OF PASADENA; STEPHANIE DE
LA ROSA; BAYSHORE MEDICAL CENTER, INCORPORATED; LEANN
PATTERSON,

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas
USDC No. 4:18-CV-1294

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.